CHARLES B. ROSSEAU, an Infant, by J. ARTHUR FISHER, His Guardian ad Litem, Respondent, *v.* PETER W. ROUSS, as Executor of CHARLES BROADWAY ROUSS, Deceased, Appellant.

(Submitted January 23, 1905; decided January 24, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 116.)

---

VICTOR HERBERT, Respondent, *v.* THE MUSICAL COURIER COMPANY, Appellant.

(Submitted January 23, 1905; decided January 24, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 520.)